THE STATE v. REID, Appellant.

Division Two, February 21, 1899,

Appellate Practice: CRIMINAL LAW: RECORD: NO BILL OF EXCEPTIONS. Where the record contains no bill of exceptions, and discloses no error, the judgment will be affirmed.

*Appeal from Jackson Criminal Court.*—HON. JOHN W. WOFFORD, Judge.

AFFIRMED.

WM. P. BRADLEY for appellant.

EDWARD C. CROW, Attorney-General, and SAM B. JEF-FRIES, Assistant Attorney-General, for the State.

SHERWOOD, J.—For shooting Susie Blakey to death with a revolver, defendant was indicted, tried for and convicted of murder in the first degree.

No bill of exceptions, no error in record proper, judgment affirmed and sentence ordered to be executed.

All concur.